USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/06/2024

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

WESTFAIR LLC,

                Plaintiff,        Civ. A. No. 7:24-cv-5879

      -against-

KAREN PUPOVIC and ISMET PUPOVIC,

                Defendants.

---------------------------------------------------------------------X

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION**

**FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

Jonathan E. Neuman, Esq.
176-25 Union Turnpike, Suite 230
Fresh Meadows, NY 11366
(347) 450-6710
(718) 228-3689 *facsimile*
jnesq@jenesqlaw.com

*Attorney for Plaintiff*

August 2, 2024

**Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order is denied without prejudice to renew upon Plaintiff providing a thorough, legal analysis and basis for Plaintiff's inability to obtain the relief sought in this federal action in the pending state court proceeding.**

**Plaintiff is directed to serve a copy of this memorandum endorsement on Defendants and to file proof of service on the docket. The Clerk of Court is directed to terminate the motion at ECF No. 4.**

**Dated: August 6, 2024**
      **White Plains, NY**

SO ORDERED:

/s/ Nelson S. Roman
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE