**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

WESTFAIR LLC,

                               Plaintiff,                Civ. A. No. 7:24-cv-5879

              -against-

KAREN PUPOVIC and ISMET PUPOVIC,

                              Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/12/2024

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION**

**FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

                                              Jonathan E. Neuman, Esq.
                                              176-25 Union Turnpike, Suite 230
                                              Fresh Meadows, NY 11366
                                              (347) 450-6710
                                              (718) 228-3689 *facsimile*
                                              jnesq@jenesqlaw.com

                                              *Attorney for Plaintiff*

August 2, 2024

**Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order is denied without prejudice to renew for failure to follow the Court's Individual Rules of Practice in Civil Cases.** *See* **Sec. 3.I.**

**The Clerk of Court is directed to terminate the motion at ECF No. 8.**

**Dated: September 12, 2024**
      **White Plains, NY**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE