USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2025

**MEMORANDUM ENDORSEMENT**

Westfair LLC v. Pupovic

24-cv-05879-NSR

The Court is in receipt of Plaintiff's motion for joinder dated January 30, 2025 (ECF No. 24) (attached hereto). The Court is also in receipt of Plaintiff's subsequent motion for joinder dated February 2, 2025 (ECF No. 26) (attached hereto).

The Court directs Plaintiff to file proof of personal service upon the additional proposed Plaintiffs on the docket within 10 business days. Upon such a filing, the Court will consider Plaintiffs motions for joinder.

**Dated: February 21, 2025**
    **White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESTFAIR, LLC,

    *Plaintiff,*

-against-

KAREN PUPOVIC and ISMET PUPOVIC,

    *Defendants.*

Case No. 7:24-cv-05879-NSR

### MOTION FOR PERMISSIVE JOINDER OF DIAMOND TUCKER ST. PROPERTY, LLC AS AN ADDITIONAL PARTY PLAINTIFF PURSUANT TO FED. R. CIV. P. 20

Pursuant to Fed. R. Civ. P. 20, the Plaintiff, Westfair, LLC, respectfully moves this Court for an Order allowing the permissive joinder of an additional party Plaintiff, Diamond Tucker St. Property, LLC ("DTS").

As articulated in the accompanying Memorandum of Law, the proposed permissive joinder of DTS is appropriate and satisfies both prongs of Fed. R. Civ. P. 20(a)(1).

Dated: January 30, 2025

              RODERICK D. WOODS, ESQ.
              Roderick D. Woods, P.C.
              Attorney for Plaintiff, Westfair, LLC
              880 Third Avenue
              Fifth Floor
              New York, New York 10022
              (212) 653-8754 (Tel.)
              (212) 565-1555 (Fax)
              Roderick.woods@rdw-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2025, a copy of the foregoing Motion for Permissive Joinder was electronically filed notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

_____
Roderick D. Woods, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WESTFAIR, LLC,

         *Plaintiff,*

-against-

KAREN PUPOVIC and ISMET PUPOVIC,

         *Defendants.*

---

Case No. 7:24-cv-05879-NSR

### MOTION FOR PERMISSIVE JOINDER OF REDEMPTION, LLC AS AN ADDITIONAL PARTY PLAINTIFF PURSUANT TO FED. R. CIV. P. 20

Pursuant to Fed. R. Civ. P. 20, the Plaintiff, Westfair, LLC, respectfully moves this Court for an Order allowing the permissive joinder of an additional party Plaintiff, Redemption, LLC ("DTS").

As articulated in the accompanying Memorandum of Law, the proposed permissive joinder of Redemption is appropriate and satisfies both prongs of Fed. R. Civ. P. 20(a)(1).

Dated: February 2, 2025

                                                                                                         _____
                                                                                                         RODERICK D. WOODS, ESQ.
Roderick D. Woods, P.C.
Attorney for Plaintiff, Westfair, LLC
880 Third Avenue
Fifth Floor
New York, New York 10022
(212) 653-8754 (Tel.)
(212) 565-1555 (Fax)
Roderick.woods@rdw-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2025, a copy of the foregoing Motion for Permissive Joinder was electronically filed notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

_____
Roderick D. Woods, Esq.