USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESTFAIR, LLC,

      *Plaintiff,*

-against-

KAREN PUPOVIC and ISMET PUPOVIC,

      *Defendants.*

Case No. 7:24-cv-05879-NSR

**MEMO ENDORSED**

### MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)(2)

Pursuant to Fed. R. Civ. P. 55(b)(2), the Plaintiff, Westfair, LLC, respectfully moves this Court for the entry of a default Judgment against the Defendants, Karen and Ismet Pupovic.

As articulated in the accompanying Memorandum of Law, a default Judgment is appropriate pursuant to Fed. R. Civ. P. 55(b)(2).

Dated: February 17, 2025

                                              RODERICK D. WOODS, ESQ.
                                              Roderick D. Woods, P.C.
                                              Attorney for Plaintiff, Westfair, LLC
                                              880 Third Avenue
                                              Fifth Floor
                                              New York, New York 10022
                                              (212) 653-8754 (Tel.)
                                              (212) 565-1555 (Fax)
                                              Roderick.woods@rdw-law.com

---

**The Court is in receipt of Plaintiff's motion for entry of a default judgment against Defendants. Plaintiff's application is DENIED without prejudice to renew to pursue an order to show cause, not motion practice following the resolution of the briefing schedule that the Court issued on February 21, 2025. The Clerk of Court is directed to terminate the motion at ECF No. 31.**

**Dated: February 24, 2025**

    **White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2025, a copy of the foregoing Motion for Default Judgment was electronically filed notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                  Roderick D. Woods, Esq.